SADLOWSKI *v.* MEERON.

ON REHEARING.

On rehearing, former opinion reported in 240 Mich. 306, is unchanged.

Error to Wayne; Brennan (Vincent M.), J. Submitted April 29, 1927. (Docket No. 132, Calendar No. 33,067.) Decided October 3, 1927 (240 Mich. 306). Submitted on rehearing May 2, 1928. Former opinion affirmed July 24, 1928.

Case by Walter Sadlowski, an infant, by his next friend, against Jacob Meeron, Ferdinand Porath, and others for personal injuries. Judgment for plaintiff. Defendants bring error. Affirmed.

*Oxtoby, Robison & Hull,* for appellants Meeron *et al.*

*Ernest P. La Joie,* for appellants Porath.

*Walter M. Nelson,* for appellee.

(ON REHEARING.)

SHARPE, J. On defendants' motion a rehearing was granted in this case. It has again been orally argued by counsel.

I have again read the record with care and examined the authorities relied on by counsel. It will serve no useful purpose to restate what was said in the former opinion. I still adhere to the views therein expressed.

The judgment should be affirmed.

FEAD, C. J., and NORTH, MCDONALD, and POTTER, JJ., concurred with SHARPE, J.

WIEST, J. (*dissenting*).  Reargument and reconsideration confirms the views expressed in my opinion reported in 240 Mich. 306.

The judgment should be reversed without a new trial.

FELLOWS and CLARK, JJ., concurred with WIEST, J.